

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00402-CV

_____

BOWLERO CORP. AND AMF BOWLING CENTERS, INC., Appellants

V.

VICKIE FRISBIE, Appellee

On Appeal from the 481st District Court
Denton County, Texas
Trial Court No. 23-5540-481

Before Walker, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Motion for Voluntary Dismissal in Light of the Parties' Settlement Agreement." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 6, 2024